# United States District Court

Eastern District of Virginia
Norfolk Division



FILED
APR 17 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Parkway 1046, LLC,

    Plaintiff,

v.

U.S. Home Corporation,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  2:17cv292

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Parkway 1046, LLC recover of U.S. Home Corporation the sum of Two Million Two Hundred Forty Nine Thousand, Nine Hundred Ninety Nine and no/100 Dollars ($2,249,999.00).

DATE: April 17, 2018

FERNANDO GALINDO, *Clerk*

*Lori M. Baxter*

(By)  Lori M. Baxter, Deputy Clerk