# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

PARKWAY 1046, LLC,

    Plaintiff,

v.                                Civil Action No. 2:17cv292

U.S. HOME CORPORATION,

    Defendant.

## U.S. HOME CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that U.S. Home Corporation, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this action on April 17, 2018 (Docket Item No. 41). U.S. Home Corporation gives notice that it is appealing that judgment and all other judgments, orders and rulings in this action, including, but not limited to the District Court's (1) oral denial of U.S. Home Corporation's Motion for Summary Judgment (Docket Item No. 24 and 25) at trial on April 17, 2018; (2) Opinion & Order dated April 26, 2017 (Docket Item No. 43) containing findings of fact and conclusions of law based on the bench trial in this case; (3) overruling of U.S. Home Corporation's objections at trial permitting Daniel Colton to testify regarding the legal description discrepancy without being designated or qualified as an expert; and (4) precluding U.S. Home's presentation of what constituted settlement deliveries and those matters set forth in U.S. Home's offer of proof.

Respectfully submitted this 15th day of May, 2018

                                          **U.S. HOME CORPORATION**

BY: _____/s/ Adam M. Carroll_____
        Carl A. Eason, Esquire
        VSB # 18636
        eason@wolriv.com
        Adam M. Carroll, Esquire
        VSB #68017
        E-mail: acarroll@wolriv.com
        Wolcott Rivers Gates
        200 Bendix Road, Suite 300
        Virginia Beach, VA 23452
        Phone:  757/497-6633
        Fax:     757/687-3678
        *Counsel for U.S. Home Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Robert W. McFarland, Esq.
VSB No. 24021
Ryan Van Patten Dougherty
VSB No. 78444
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Ph:  (757)640-3716
Fax: (757)640-3930
rmcfarland@mcguirewoods.com
rdougherty@mcguirewoods.com

        _____/s/ Adam M. Carroll
        Adam M. Carroll, Esquire
        VSB #68017
        E-mail: acarroll@wolriv.com
        Wolcott Rivers Gates
        301 Bendix Road, Suite 500
        Virginia Beach, VA 23452
        Phone:  757/497-6633
        Fax:     757/687-3678
        *Counsel for U.S. Home Corporation*