UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

PARKWAY 1046, LLC,

    Plaintiff,

v.                                    Civil Action No. 2:17cv292

U.S. HOME CORPORATION,

    Defendant.

### U.S. HOME CORPORATION'S AMENDED NOTICE OF APPEAL

Notice is hereby given that U.S. Home Corporation, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this action on April 17, 2018 (Docket Item No. 41). U.S. Home Corporation gives notice that it is appealing that judgment and all other judgments, orders and rulings in this action, including, but not limited to the District Court's (1) oral denial of U.S. Home Corporation's Motion for Summary Judgment (Docket Item No. 24 and 25) at trial on April 17, 2018; (2) Opinion & Order dated April 26, 2017 (Docket Item No. 43) containing findings of fact and conclusions of law based on the bench trial in this case; (3) overruling of U.S. Home Corporation's objections at trial permitting Daniel Colton to testify regarding the legal description discrepancy without being designated or qualified as an expert; (4) precluding U.S. Home's presentation of what constituted settlement deliveries and those matters set forth in U.S. Home's offer of proof; and (5) Order dated October 17, 2018 (Docket Item No. 67) granting Parkway prejudgment interest at the rate of 6% per annum accruing from May 27, 2008 to the date of judgment, which is calculated to be $1,335,944.61, and reimbursement of attorneys' fees in an amount to be proven.

Respectfully submitted this 26th day of October, 2018

**U.S. HOME CORPORATION**

BY: _____
Carl A. Eason, Esquire
VSB # 18636
eason@wolriv.com
Adam M. Carroll, Esquire
VSB #68017
E-mail: acarroll@wolriv.com
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Phone:  757/497-6633
Fax:    757/687-3678
*Counsel for U.S. Home Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2018, I hand-filed the foregoing Amended Notice of Appeal with the Clerk's Office, which will electronically file the foregoing and send a notification of such filing (NEF) to the following:

Robert W. McFarland, Esq.
VSB No. 24021
Ryan Van Patten Dougherty
VSB No. 78444
Ashley Partin Peterson
VSB No. 87904
McGuire Woods, LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Ph: (757)640-3716
Fax: (757)640-3930
rmcfarland@mcguirewoods.com
rdougherty@mcguirewoods.com
apeterson@mcguirewoods.com

 

_____
Carl A. Eason, Esquire
VSB #18636
E-mail: eason@wolriv.com
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Phone: 757/497-6633
Fax:   757/497-7267
*Counsel for U.S. Home Corporation*