FILED: June 25, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1556
(2:17-cv-00292-HCM-LRL)
_____

PARKWAY 1046, LLC

      Plaintiff - Appellee

v.

U. S. HOME CORPORATION

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 3, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*