**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

```
                                    ┌─────────────────────────────┐
                                    │           FILED             │
                                    │                             │
                                    │        JUL - 9 2020         │
                                    │                             │
                                    │  CLERK, U.S. DISTRICT COURT │
                                    │         NORFOLK, VA         │
                                    └─────────────────────────────┘
```

PARKWAY 1046, LLC,

      Plaintiff

      v.                        Case No.: 2:17cv292-HCM-LRL

U.S. HOME CORPORATION,

      Defendants

## ORDER GRANTING JOINT MOTION FOR RELEASE OF SUPERSEDEAS BOND ON APPEAL

This matter is before the Court on Plaintiff Parkway 1046, LLC and Defendant U.S. Home Corporation's (together, the "Parties") Joint Motion for Release of Supersedeas Bond on Appeal. Upon consideration of the Motion and consent of the Parties, it is hereby ORDERED that the Parties' Joint Motion be granted. It is further ORDERED that:

1.    Judgment in this case has been satisfied, and no further proceedings are necessary with respect to the award of pre-judgment or post-judgment interest owed by U.S. Home Corporation to Parkway.

2.    The Clerk of the Court should release the Supersedeas Bond in the amount of $3,883,358.49 to Defendant U.S. Home Corporation.

It is so ORDERED.

Entered this 7 day of July 2020.

                                     /s/
                              Henry Coke Morgan, Jr.
                              Senior United States District Judge